**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **FILIMON RESENDEZ, #R33877,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No. 3:20-cv-00496-SMY** |
| ) | |
| **WEXFORD HEALTH SOURCES INC., et** ) | |
| **al.,** ) | |
| ) | |
| **Defendants.** ) | |

# ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Motion for Reimbursement (Doc. 77) filed by Attorney James G. Onder, who was assigned counsel for Plaintiff until he was allowed to withdraw on August 10, 2022 (Doc. 73). Counsel seeks reimbursement for out-of-pocket expenses in the amount of $6,665.86. The Court finds the expenses are appropriately documented and reasonably incurred. However, pursuant to Section 2.6 of the Plan for the Administration of the District Court Fund, pro bono counsel may be reimbursed for out-of-pocket expenses only up to $5000 (as funds are available).

Accordingly, Counsel's motion is **GRANTED in part and DENIED in part**; the Court **APPROVES** reimbursement in the amount of $5000. The Clerk of Court is **DIRECTED** to reimburse counsel from the District Court Fund.

**IT IS SO ORDERED.**

**DATED: September 29, 2022**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**